AFFIRM; Opinion Filed October 2, 2012.



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-11-00748-CR

RONDA KAY LESTER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F08-52578-M

# MEMORANDUM OPINION

Before Justices Moseley, Fillmore, Myers
Opinion By Justice Myers

Ronda Kay Lester appeals the adjudication of her guilt for aggravated robbery with a deadly

weapon, a knife. *See* TEX. PENAL CODE ANN. § 29.03(a) (West 2011). The trial court assessed

punishment at ten years' imprisonment. On appeal, appellant's attorney filed a brief in which she

concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of

*Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues. A court of appeals is not required

to address the merits of claims raised in a pro se response. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). Rather, the Court's duty is to determine whether there are any arguable issues, and, if so, to remand the case to the trial court so that new counsel may be appointed to address those issues. *Id.*

After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment adjudicating guilt.

_____
LANA MYERS
JUSTICE

Do Not Publish
Tex. R. App. P. 47
110748F.U05



# Court of Appeals
## Fifth District of Texas at Dallas

## **JUDGMENT**

RONDA KAY LESTER, Appellant

No. 05-11-00748-CR  V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District Court of Dallas County, Texas. (Tr.Ct.No. F08-52578-M).
Opinion delivered by Justice Myers, Justices Moseley and Fillmore participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **AFFIRMED**.

Judgment entered October 2, 2012.

_____
LANA MYERS
JUSTICE